IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NO. 4:24-CR-46-ALM-AGD |
| | § |
| RICHARD CLAYTON IVERSON | § |

### REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to the Court for a report and recommendation, it conducted a hearing on March 11, 2024, to determine whether Defendant violated the terms of his supervised release. Defendant was represented by Assistant Public Defender Brian O'Shea. The Government was represented by Assistant United States Attorney Stevan Buys.

On May 25, 2011, United States District Judge Samuel H. Mays, Jr., sentenced Defendant to seventy (70) months imprisonment followed by fifteen (15) years of supervised release. *See* Dkts. 1-2 at 1–3; 2 at 1. On July 29, 2016, Defendant began serving his term of supervised release. *See* Dkt. 2 at 1.

On February 26, 2024, the Probation Officer filed the Petition for Warrant or Summons for Offender Under Supervision (the "Petition") (Dkt. 2), alleging Defendant violated eight conditions of his supervised release. *Id.* at 1–5. The Petition asserts Defendant violated the following conditions of supervision: (1) Defendant shall not commit another federal, state, or local crime; (2) Defendant shall complete and comply with sex offender registration requirements and shall follow the specific instructions of the Probation Officer regarding these requirements; (3) Defendant shall answer truthfully all inquiries by the Probation Officer and follow the

instructions of the Probation Officer; (4) Defendant shall report to the Probation Officer as directed by the Court or Probation Officer and shall submit a truthful and complete written report within the first five days of each month; (5) Defendant shall answer truthfully all inquiries by the Probation Officer and follow the instructions of the Probation Officer; (6) Defendant shall work regularly at a lawful occupation, unless excused by the Probation Officer for schooling, training, or other acceptable reasons; (7) Defendant shall notify the Probation Officer ten days prior to any change in residence or employment; and (8) Defendant shall participate in a specialized sex offender treatment program that may include the use of a plethysmograph and polygraph. *See id.*

The Petition asserts Defendant violated the foregoing conditions as follows:

(1) From December 3, 2023 through February 19, 2024, Defendant committed the offense of Failure to Comply with Sex Offender Duty to Register in violation of Texas Code Criminal Procedure § 62.102(b)(2), a third-degree felony. On February 16, 2024, an arrest warrant was issued and signed by the 219th District Court in Collin County, Texas. On February 19, 2024, Defendant was arrested on said warrant. Defendant posted a $20,000 surety bond, and this case remains pending. There are no scheduled court hearings at this time.

According to the Probable Cause Affidavit, Defendant was ordered to report to the Plano Police Department annually on or about his birthday (December 3) to register and ensure compliance with Chapter 62 of the Texas Code Criminal Procedure. As of February 19, 2024, Defendant failed to register as a sex offender with the Plano Police Department. Defendant has been reporting to the Plano Police Department since November 26, 2019, and he has successfully completed three previous annual verifications. Specifically, Defendant has called to make an appointment for his annual verification on the following dates: December 28, 2020, December 8, 2021, and December 7, 2022.

(2) On October 13, 2017, the Probation Office reviewed the United States Probation System Offender Notice and Acknowledgment of Duty to Register as a Sex Offender Form with Defendant, who signed the form and acknowledged he was informed of his duty to register as a sex offender.

(3) On November 22, 2019, Defendant reported to the Probation Office, which reviewed the United States Probation System Offender Notice and Acknowledgment of Duty to Register as a Sex Offender Form with Defendant. Defendant signed the form and acknowledged he was informed of his duty to register as a sex offender.

On January 9, 2024, the Probation Office received Defendant's Sex Offender Monthly Report Form. One of the questions on the form reads, "Have you complied with sex offender registration procedures, if applicable?" On this question, Defendant marked the answer, "Yes." This would be another reminder for Defendant to contact the Plano Police Department to register.

On February 7, 2024, during a home visit, the Probation Office was notified that Defendant may be out of compliance with sex offender registration. The Probation Office instructed Defendant to contact the Plano Police Department to ensure he was registered. The Plano Police Department informed the Probation Office that Defendant failed to contact them as directed.

As evidenced by his arrest on February 19, 2024, Defendant failed to complete and comply with sex offender registration requirements. He also failed to follow the instructions of the Probation Officer.

(4) On November 10, 2019, during the initial interview visit, Defendant was advised that he must submit a monthly report, via mail, for the month prior, by the fifth day of each month. However, he failed to submit monthly supervision reports as instructed during the following months: January 2020; October 2020; September 2021; October 2021; November 2021; December 2021; February 2022; May 2022; June 2022; September 2022; July 2023; August 2023; September 2023; October 2023; November 2023; and December 2023.

Specifically, Defendant submitted the January 2020 report on January 9, 2020; the October 2020 report on October 6, 2020, the September 2021 report on September 8, 2021, the October 2021 report on October 6, 2021; the November 2021 report on November 12, 2021; the December 2021 report on December 6, 2021; the February 2022 report on February 7, 2022; the May 2022 report on May 9, 2022; the June 2022 report on June 6, 2022; the September 2022 report on September 8, 2022; the July 2023 report on July 7, 2023; the August 2023 report on August 7, 2023; the September 2023 report on September 7, 2023; the October 2023 report on October 12, 2023; the November 2023 report on November 6, 2023; and the December 2023 report on January 9, 2024.

(5) On February 7, 2024, during a home visit, the Probation Office was notified that Defendant may be out of compliance with sex offender registration. The Probation Office instructed Defendant to contact the Plano Police Department to ensure he was registered. The Plano Police Department informed the Probation Office that Defendant failed to contact them as directed. As such, Defendant failed to follow the instructions of the Probation Officer.

(6) Defendant was unemployed from November 21, 2019 through July 26, 2021. According to Defendant, he was submitting applications at various locations. Defendant was employed from July 27, 2021 through August 9, 2021, at the At

Home Distribution Center in Plano, Texas. He was then unemployed from August 10, 2021 through November 15, 2021. Defendant was employed at Bed, Bath, and Beyond in Plano, Texas from November 15, 2021 through July 2023, and he was aware, for several months, that the store was going out of business, and that he should start seeking other employment opportunities. However, since his last employment, Defendant has been unemployed and has failed to make any progress in obtaining employment since July 2023. The Probation Office has provided him with several resources to obtain employment, including agencies that specifically work with convicted felons and assist sex offenders. However, he has failed to utilize said resources. He remains unemployed as of this date.

(7) On November 19, 2019, during the initial interview, Defendant was advised he was to inform the Probation Office of any updates regarding his employment or residence. Defendant was employed at Bed, Bath, and Beyond from November 16, 2021 through July 31, 2023. However, he failed to notify the Probation Office of this employment change ten days prior, and instead notified the Probation Office during a home visit on August 22, 2023. His notification was only upon the Probation Office inquiring about his employment.

(8) In May 2023, Defendant was advised by the sex offender treatment provider, F. Liles Arnold in Plano, Texas that he was going to recommend Defendant continue with aftercare sessions until he secured employment. On June 23, 2023, during a home visit, the Probation office advised and reminded Defendant that he was to continue with aftercare treatment. Defendant claimed he completed treatment. The Probation Office advised him, again, that he was in aftercare and would need to continue with required treatment. Defendant failed to report to aftercare meetings during the months of June 2023, July 2023, and August 2023.

On March 11, 2024, the Court conducted a final revocation hearing on the Petition. *See* Minute Entry for March 11, 2024. Defendant entered a plea of true to allegations two through eight, consented to revocation of his supervised release, and waived his right to object to the proposed findings and recommendations of the undersigned. *See id.*; Dkt. 12. The Government moved to withdraw allegation one, which the Court granted. *See* Minute Entry for March 11, 2024. The Court finds Defendant violated the terms of his supervised release, and thus, his supervised release should be revoked.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the March 11, 2024 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for eight (8) months, to be served consecutively to any other term of imprisonment, with seven (7) years of supervised release to follow under the same conditions as those under which he was originally released. The Court further recommends that Defendant be placed at FCI Seagoville in Seagoville, Texas, if appropriate.

**So ORDERED and SIGNED this 12th day of March, 2024.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE